UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL CORDERO, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

JAXON LANE, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 5706 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **October 28, 2022**, the parties shall file a joint letter reporting on the status of their settlement efforts.

Dated:     New York, New York
            October 26, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**